UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEYERS ASSOCIATES, L.P., ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No. 3:14-cv-1174 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| BARRY GOODMAN AND DANA GOODMAN, ) | |
| ) | |
| Respondents, ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the petitioner's Petition to Vacate Arbitration Award (Docket No. 1) is **DENIED** and the respondents' Cross-Petition to Confirm Arbitration Award (Docket No. 14) is **GRANTED**. The court construes the Award as requiring the payment of prejudgment interest relative to compensatory damages only. Subject to that minor clarification, the Award (Docket No. 1, Ex. A) is **CONFIRMED**. The Clerk is hereby directed to close this file.

It is so **ORDERED**.

Enter this 29th day of October 2014.

ALETA A. TRAUGER
United States District Judge

1